APRIL 17, 1939

No. 41075.—SUIT 4188.—
United States v. American Import Co. Abstract 38493 reversed.

No. 41076.—SUIT 4195.— —Wilbur-
Ellis Co. v. United States. T. D. 49626 reversed.

No. 41077.—SUIT 4207.— —Lightolier Co. v. United
States. C. D. 36. Appeal dismissed.

BEFORE THE FIRST DIVISION, APRIL 19, 1939

No. 41078.—Petition 5701–R of Guy B. Barham Co. (Los Angeles).

Opinion by McCLELLAND, P. J. It appeared that there was an error in making the entry and that there was no intention to defraud the revenue or to deceive the appraiser. The petition was therefore granted.

No. 41079.—Petition 5622–R of Sears, Roebuck & Co. (Savannah).

Opinion by McCLELLAND, P. J. It appeared that an error was made in making the entry and that it was discovered too late to amend it. Although it was evident there was carelessness in preparing and making the entry, it was held that this does not in itself warrant a denial of the petition. *United States* v. *Fish* (268 U. S. 607) cited. The petition for remission of additional duties was granted.

BEFORE THE FIRST DIVISION, APRIL 20, 1939

No. 41080.—Protests 669192–G, etc., of F. W. Myers & Co., Inc., et al. (Detroit).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained.

No. 41081.—Protest 941537–G of Butler Brothers (San Francisco).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of toys in chief value of a product provided for in paragraph 31, not having any movable member or part. The claim at 50 percent ad valorem and 1 cent each under paragraph 1513 was therefore sustained.

No. 41082.—Protests 945092–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of so-called cigarette whistles or noisemakers or novelties in part of bamboo, not toys, similar to those the subject of Abstract 39509. The claim at 45 percent under paragraph 409 was therefore sustained.